UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-62199-CIV-UNGARO

YVON MONCHER,

    Plaintiff,

v.

OFFICER JAMES BARNICK, *et al.*,

    Defendants.

_____/

**ORDER ON MAGISTRATE JUDGE'S REPORT**

THIS CAUSE is before the Court upon Plaintiff's *pro se* civil rights Complaint, filed pursuant to 42 U.S.C. § 1983 on November 15, 2010. (D.E. 1.) Also before the Court is Defendants' Motion to Dismiss, filed February 17, 2011. (D.E. 14.)

THE COURT has reviewed the record as a whole and is otherwise fully advised in the premises.

This cause was referred to Magistrate Judge Patrick A. White, who, on April 13, 2011, issued a Report recommending that Defendants' Motion be granted and that the Complaint be dismissed. The parties were afforded the opportunity to file objections to the Report, but no objections were filed. This cause is ripe for disposition.

Upon a *de novo* review of the record as a whole, it is

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 18) is RATIFIED, ADOPTED, AND AFFIRMED: Defendants' Motion to Dismiss (D.E. 14) is GRANTED and the Complaint (D.E. 1) is DISMISSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of May, 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Yvon Moncher, *pro se*